UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| DANNY L. HUGHES, | ) | 3:10-CV-00285-ECR-RAM |
| Plaintiff, | ) | |
| | ) | MINUTES OF THE COURT |
| vs. | ) | |
| | ) | DATE: January 31, 2011 |
| KARI LEPORI CORDISCO, WASHOE COUNTY DEPUTY DISTRICT ATTORNEY, STATE OF NEVADA; and JOHN DOES I-X, inclusive, | ) | |
| Defendants. | ) | |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN        Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that Defendants' Motion to Confirm Dismissal (#14), filed on January 3, 2011, is **GRANTED**.

This action is dismissed. The Clerk shall enter judgment accordingly.

Plaintiff's Amended Complaint (#13) does not cure the deficiencies set forth in our Order (#12), filed on December 8, 2010. Plaintiff failed to plead a valid federal claim and Plaintiff's claim was barred by the applicable statute of limitations.

LANCE S. WILSON, CLERK

By       /s/
      Deputy Clerk